UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 22-CR-00165 (1) (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Rosalinda Marie Robledo, | |
| Defendant. | |

---

Thomas M. Hollenhorst, Katharine T. Buzicky, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Rosalinda Marie Robledo, self-represented.

---

This matter is before the Court on Defendant Rosalinda Marie Robledo's request for appointment of counsel to assist her in filing a motion for compassionate release. (Doc. No. 69.) The Court finds that Robledo's request is premature. A defendant seeking compassionate release must first exhaust their administrative remedies through the Bureau of Prisons (BOP). Under 18 U.S.C. § 3582(c)(1)(A), a motion for compassionate release may be filed with this Court only after the failure of the BOP to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier. According to Robledo's filing, she first contacted her warden about compassionate release on September 2, 2024. (Doc. No. 69-1.) Since the required waiting period has not yet passed, Robledo's request is untimely.

## ORDER

Therefore, based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Defendant Rosalinda Marie Robledo's Pro Se Motion (Doc. No. 69) is DENIED

Dated:  September 20, 2024                     /s/ *Jeffrey M Bryan*
                                                                Judge Jeffrey M. Bryan
                                                                United States District Court